D.I. # _____

# CIVIL ACTION
# NUMBER: _____ 06cv531 KAJ

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

            OFFICIAL USE

Postage                              $  405
Certified Fee                           240
Return Receipt Fee                      185         Postmark
(Endorsement Required)                              Here
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees         $  8.30

Sent To         LOREN MEYERS
                DEPUTY ATTORNEY GENERAL
Street, Apt. No.;  DEPARTMENT OF JUSTICE
or PO Box No.      820 N. FRENCH STREET
City, State, ZIP+4 WILMINGTON DE  19801

PS Form 3800, June 2002              See Reverse for Instructions

7005 1820 0004 3169 6800
```