D.I. # _____

# CIVIL ACTION
# NUMBER: _____06CV531 KAS_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage              $  4.05
Certified Fee           2.40
Return Receipt Fee      1.85
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $  8.30

Sent To    WARDEN TOM CARROLL
Street, Apt. No.;  DELAWARE CORRECTIONAL CENTER
or PO Box No.      1181 PADDOCK RD.
City, State, ZIP+4 SMYRNA, DE 19977

PS Form 3800, June 2002          See Reverse for Instructions
```

7005 1820 0004 3169 6794