IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES EAVES,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 06-531-KAJ |
| ) | |
| **THOMAS CARROLL**, Warden ) | |
| and **CARL C. DANBERG**, Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following of the Delaware Supreme Court documents have been filed and are available in paper form only.

   a. Opening Brief & Appendix (No. 22, 2006)

   b. State's Answering Brief & Appendix (No. 22, 2006)

   c. Order (July 10, 2006) (No. 22, 2006)

2. Notice is hereby given that certified copies of the following Delaware Superior Court documents in ID No. 0104009314 also have been manually filed with the Court and are available in paper form only.

   a. Criminal Docket

   b. Indictment

   c. Plea Agreement (March 20, 2002)

   d. Sentencing Order (June 7, 2002)

   e. Motion for Postconviction Relief (July 18, 2005)

   f. Order Denying Motion for Postconviction Relief (December 28, 2005)

g. Order Denying Motion for Transcripts (March 16, 2006)

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: December 11, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on December 11, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

James Eaves
SBI No. 00306218
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

>/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612
james.wakley@state.de.us

Date: December 11, 2006