IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES EAVES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-531-SLR |
| | ) | |
| THOMAS L. CARROLL, | ) | |
| Warden, and JOSEPH R. | ) | |
| BIDEN, III, Attorney | ) | |
| General of the State of | ) | |
| Delaware, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

For the reasons set forth in the memorandum opinion issued this date, IT IS

HEREBY ORDERED that:

1. Petitioner James Eaves' application for a writ of habeas corpus pursuant to

28 U.S.C. § 2254 is DISMISSED and the relief requested therein is DENIED. (D.I. 1)

2. The court declines to issue a certificate of appealability. See 28 U.S.C. §

2253(c)(2).

Dated: January  8  , 2008

UNITED STATES DISTRICT JUDGE